KATHERINE HART #76715
Law Offices of Katherine Hart
2055 San Joaquin Street
Fresno, CA 93721
Tel: (559) 256-9800
Fax: (559) 256-9798

Attorney for Defendant/Appellant
MICHELLE MAZZETTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 1:12-cr-00288 AWI |
| Plaintiff and Appellee, ) | |
| ) vs. ) ) | REQUEST FOR 60-DAY EXTENSION OF TIME TO FILE OPENING BRIEF, PROPOSED ORDER |
| MICHELLE MAZZETTI, ) ) | Current due date: 10/9/12 Requested date: 12/10/12 |
| Defendant and Appellant. ) | |

Defendant/Appellant MICHELLE MAZZETTI, through her attorney, KATHERINE HART, requests a two-month extension of time in which to file the opening brief in the above-entitled case. The court order was for counsel to file the opening brief within twenty-one days of the filing of the transcript. After ordering of the transcript, HART's office received the transcript on September 18, 2012. Three weeks would put the due date for filing of the opening brief on October 9, 2012. By the attached declaration, counsel declares that she needs a two-month extension of time in which to file the opening brief.

1

# DECLARATION OF COUNSEL

I, KATHERINE HART, do hereby declare under penalty of perjury as follows:

1. That I have been appointed to represent appellant MICHELLE MAZZETTI on appeal, with the opening brief due 21 days after the filing of the transcript on appeal;

2. I received the Pdf version of the transcript from the court reporter on September 17, 2012, and it was printed out by PRINT SHACK, a duplicating firm, on September 18, 2012;

3. I need an extension of time because I have not yet obtained the trial file from CAROL MOSES, trial attorney for defendant. I did request the file from CAROL MOSES about three weeks ago via email, and I have followed up with an email on Friday, October 5, 2012. Ms. Moses agreed to provide the file and videotapes to me, which are essential to the appeal;

4. I have a substantial number of current matters, including a heavy caseload, with due dates in a capital habeas petition (In re Jeffery Jon Mills, California Supreme Court S 188459); an evidentiary hearing in Fresno Superior Court on October 18, 2012 (In re Jemain Hunter, 12 CRWR 680762), an oral argument before the Ninth Circuit on November 6, 2012 (Dyer v. Calderon (10-15044), and a special circumstance homicide trial scheduled November 13, 2012 (People v. Guerrero F 10902996), among other matters;

5. I have printed out a voluminous record of pretrial motions, pleadings, and transcripts in the instant case;

6. In order to adequately defend the client and prepare a competent appeal, I need a two-month extension of time.

7. Opposing counsel Megan A.S. Richards informed me on Thursday,

October 4, 2012 that she had no objection to a two-month extension of time for filing the opening brief.

Executed in Fresno, California this 8th day of October, 2012.

/s/Katherine Hart
KATHERINE HART, Attorney for
MICHELLE MAZZETTI

ORDER

Good cause appearing, and no objection from Special Assistant U.S. Attorney MEGAN A.S. RICHARDS, it is hereby ordered as follows:

That the opening brief and excerpts of record in the appeal in case 1:12-cr-00288 AWI, U.S. v. MICHELLE MAZZETTI are due December 10, 2012.

IT IS SO ORDERED.

Dated: October 9, 2012

CHIEF UNITED STATES DISTRICT JUDGE

3